## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAM HAISCH,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:22-cv-01314-JLT-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO RECHARACTERIZE PETITIONER'S MOTION TO AMEND AS SUPPLEMENT TO PETITION<br><br>ORDER DIRECTING RESPONDENT TO ADDRESS PETITIONER'S SUPPLEMENT IN ITS RESPONSE TO THE PETITION<br><br>(ECF No. 13) |

Petitioner Kenneth William Haisch is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 14, 2022, Petitioner filed a petition for writ of habeas corpus asserting that he is actually innocent of his conviction for a violation of 18 U.S.C. § 922(g) in light of Rehaif v. United States, 139 S. Ct. 2191 (2019), and United States v. Werle, 35 F.4th 1195 (9th Cir. 2022). (ECF No. 1.) On February 10, 2023, Petitioner filed a motion to amend wherein he cites additional caselaw to support his petition. (ECF No. 13.) The Court construes the motion to amend as a supplement to the petition. See Castro v. United States, 540 U.S. 375, 381–82 (2003) (courts may recharacterize a *pro se* motion to "create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis"); Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003) (courts have a duty to construe *pro se* pleadings and motions liberally).

The Court has ordered Respondent to file a response to the petition by February 17, 2023. (ECF No. 12.) Respondent should address Petitioner's supplement in its response to the petition. If Respondent needs additional time to file a response to the petition, Respondent may move for an extension of time.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to recharacterize Petitioner's motion to amend (ECF No. 13) as a supplement to the petition; and
2. Respondent is DIRECTED to address Petitioner's supplement in the response to the petition.

IT IS SO ORDERED.

Dated:   **February 13, 2023**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

2